# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Nicole Owens | § | Case No. 13-39632 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 10/09/2013 . The case was converted to one under Chapter 7 on 06/24/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 28,273.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 80.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 28,193.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 03/20/2015 and the deadline for filing governmental claims was 03/20/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,577.30 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,577.30 , for a total compensation of $ 3,577.30 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 31.57 , for total expenses of $ 31.57 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/09/2016          By: /s/STEVEN R. RADTKE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-39632 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Nicole Owens | | | | Date Filed (f) or Converted (c): | 06/24/2014 (c) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 03/09/2016 | | | | Claims Bar Date: | 03/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2135-2137 Armour Rd. Lehigh Acres, Fl 33971 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2. 3506 54Th Dr. West Unit L108 Bradenton, Fl 34210 | 280,000.00 | 0.00 | | 0.00 | FA |
| 3. 3702 Palm Desert Ln. Orlando, Fl 32639 | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. Charter One Checking | 9,201.55 | 3,000.00 | | 5,463.04 | FA |
| 5. Dorman Trading Account | 71.36 | 3,500.00 | | 0.00 | FA |
| 6. Fsbh Checking | 21.78 | 100.00 | | 0.00 | FA |
| 7. Sherwin Williams Savings | 30.00 | 30.00 | | 0.00 | FA |
| 8. Furniture | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. 100% Membership Interest In Jordan Skyla, Llc | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 11. 100% Of The Shares Of Ready To Move, Inc. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 12. 100% Of The Shares Of Nicole Shanee, Flp | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Nissan Maxima | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. Rental Income collected since the date the case was converte (u) | 0.00 | 22,809.96 | | 22,809.96 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $362,324.69 | $69,439.96 | | $28,273.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/2016 Work on TFR; sent to UST for review 2/29/16

1/5/16 Filed objections to 3 claims

10/21/15 Trustee obtained court order establishing bar date for administrative priority claims

8/13/15 Funds received by Debtor pursuant to order of Court

Trustee filed a motion directing debtor to turn over rents collected before debtor's chapter 11 case was converted to chapter 7.  Debtor did not comply with the turnover order and the Trustee filed an action to revoke debtor's discharge.  An agreed order was entered revoking Debtor's discharge.  Order is subject to being vacated by agreement only if Debtor turns over the sum of $22,809.95  on or before August 31, 2015.

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-39632 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Nicole Owens | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5638 |
| | Checking |
| Taxpayer ID No: XX-XXX9190 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/14 | 4 | Nicole Owens | Proceeds from DIP bank account<br>Non-exempt portion of funds on deposit in the debtor-in-possession account at US Bank (f/k/a Charter One Bank) at time of conversion pursuant to order of Court dated 12/2/14 | 1129-000 | $5,463.04 | | $5,463.04 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,453.04 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,443.04 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,433.04 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,423.04 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,413.04 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,403.04 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,393.04 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,383.04 |
| 08/31/15 | 14 | Nicole Owens | Settlement proceeds pursuant to order of Court dated 5/29/15 | 1249-000 | $22,809.96 | | $28,193.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $28,273.00 | $80.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $28,273.00 | $80.00 |

|  | | |
|---|---:|---:|
| Subtotal | $28,273.00 | $80.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,273.00 | $80.00 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5638 - Checking | $28,273.00 | $80.00 | $28,193.00 |
| | $28,273.00 | $80.00 | $28,193.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,273.00 |
| Total Gross Receipts: | $28,273.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39632  
Debtor Name: Nicole Owens  
Claims Bar Date: 3/20/2015  

Date: March 9, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $3,577.30 | $3,577.30 |
| 100 2200 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $31.57 | $31.57 |
| 100 2700 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 25 100 2990 | Office Of The U.S. Trustee<br>&lt;B&gt;(Administrative)&lt;/B&gt;<br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| 100 3110 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $11,500.00 | $11,500.00 |
| 100 3120 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL  60603<br>, | Administrative | | $0.00 | $11.23 | $11.23 |
| 23 220 5200 | Liberty & Trust Law Group<br>4846 Cardinal Blvd<br>Jacksonville, Fl 32210 | Priority | | $0.00 | $1,087.00 | $1,087.00 |
| 24 220 5200 | Stephen D. Mccann<br>2180 Immokalee Rd.<br>Suite 306<br>Naples, Fl 34110 | Priority | | $0.00 | $2,882.94 | $2,882.94 |

Page 1                                          Printed: March 9, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39632  
Debtor Name: Nicole Owens  
Claims Bar Date: 3/20/2015  

Date: March 9, 2016

| # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 / 280 / 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $1,921.74 | $1,573.73 |
| 1 / 300 / 7100 | Advantage Assets Ii, Inc<br>7322 Southwest Freeway, Suite 1600<br>Houston, Tx 77074 | Unsecured | | $0.00 | $18,384.84 | $18,384.84 |
| 2 / 300 / 7100 | Advantage Assets Ii, Inc<br>7322 Southwest Freeway, Suite 1600<br>Houston, Tx 77074 | Unsecured | | $0.00 | $81,178.13 | $81,178.13 |
| 3 / 300 / 7100 | Pnc Bank<br>Po Box 94982<br>Cleveland, Oh 44101 | Unsecured | This claim docketed on wrong case. | $0.00 | $0.00 | $0.00 |
| 4 / 300 / 7100 | Pnc Bank<br>Po Box 94982<br>Cleveland, Oh 44101 | Unsecured | | $0.00 | $5,979.76 | $5,979.76 |
| 5 / 300 / 7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $9,822.32 | $9,822.32 |
| 6 / 300 / 7100 | Dyck O"neal<br>Po Box 13370<br>Arlington, Tx 76094 | Unsecured | | $0.00 | $258,435.34 | $258,435.34 |
| 8 / 300 / 7100 | Asset Acceptance Llc<br>Assignee Fifth Third Bank<br>Po Box 2036<br>Warren, Mi 48090 | Unsecured | | $0.00 | $25,529.94 | $25,529.94 |
| 9 / 300 / 7100 | Us Bank, N.A.<br>Bankruptcy Dept.<br>Po Box 5229<br>Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $385.00 | $385.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39632     Date: March 9, 2016
Debtor Name: Nicole Owens
Claims Bar Date: 3/20/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 300 7100 | Us Bank, N.A. Bankruptcy Dept. Po Box 5229 Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $5,329.79 | $5,329.79 |
| 11 300 7100 | Peoples Gas Light & Coke Company 130 East Randolph Street Chicago, Illinois 60601 | Unsecured | | $0.00 | $493.46 | $493.46 |
| 12 300 7100 | Us Bank, N.A. Bankruptcy Dept. Po Box 5229 Cincinnati, Oh 45201-5229 | Unsecured | | $0.00 | $33,539.48 | $33,539.48 |
| 13 300 7100 | Portfolio Recovery Associates, Llc Successor To Chase Bank Usa N.A. (Chase Bank Usa, N.A.) Po Box 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $1,151.69 | $1,151.69 |
| 15 300 7100 | American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,361.84 | $2,361.84 |
| 16 300 7100 | American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $51,394.15 | $51,394.15 |
| 18 300 7100 | Casa Investments Company C/O Adler And Assoc. 25 E Washington, Ste. 1221 Chicago, Il 60602 | Unsecured | Withdrawn | $0.00 | $30,556.92 | $0.00 |
| 20 300 7100 | Casa Investments Co. 17046 Mock Rd. Berlin Center, Oh 44401 | Unsecured | | $0.00 | $31,103.92 | $31,103.92 |
| 21 300 7100 | American Infosource Lp As Agent For Rjm Acquisitions, Llc As Assignee Of Bank Of America Po Box 268850 Oklahoma City, Ok 73126-8850 | Unsecured | | $0.00 | $132.92 | $132.92 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-39632  
Debtor Name: Nicole Owens  
Claims Bar Date: 3/20/2015  

Date: March 9, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 22<br>300<br>7100 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $23,537.64 | $23,537.64 |
| 14<br>400<br>4110 | U.S. Bank N.A.<br>C/O<br>Select Portfolio Servicing, Inc.<br>3815 South West Temple<br>Salt Lake City, Ut 84115 | Secured | Withdrawn | $0.00 | $1,057,470.59 | $0.00 |
| 17<br>400<br>4110 | The Bank Of New York Mellon Trust Company, N.A. F/<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code La4-5555<br>700 Kansas Lane<br>Monroe, La 71203 | Secured | Order Disallowing Claim No. 17-1 entered 2/16/16 | $0.00 | $407,844.86 | $0.00 |
| 19<br>400<br>4110 | Jpmorgan Chase Bank, National Association<br>C/O Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, Il 60527 | Secured | Order Disallowing Claim No. 19-1 entered 2/16/16 | $0.00 | $31,103.92 | $0.00 |
| | Case Totals | | | $0.00 | $2,097,423.29 | $570,098.99 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-39632
Case Name: Nicole Owens
Trustee Name: STEVEN R. RADTKE

Balance on hand   $   28,193.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | U.S. Bank N.A.-Withdrawn | $ 1,057,470.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | The Bank Of New York Mellon Trust Company, N.A. F/-Disallowed | $ 407,844.86 | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | Jpmorgan Chase Bank, National Association-Disallowed | $ 31,103.92 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors   $   0.00

Remaining Balance   $   28,193.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 3,577.30 | $ 0.00 | $ 3,577.30 |
| Trustee Expenses: STEVEN R. RADTKE | $ 31.57 | $ 0.00 | $ 31.57 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 11,500.00 | $ 0.00 | $ 11,500.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 11.23 | $ 0.00 | $ 11.23 |
| Charges: U. S. Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |

|  | |  |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 15,795.10 |
| Remaining Balance | $ | 12,397.90 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,543.67  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Liberty & Trust Law Group | $ 1,087.00 | $ 0.00 | $ 1,087.00 |
| 24 | Stephen D. Mccann | $ 2,882.94 | $ 0.00 | $ 2,882.94 |
| 7 | Internal Revenue Service | $ 1,573.73 | $ 0.00 | $ 1,573.73 |

|  | |  |
|---|---|---|
| Total to be paid to priority creditors | $ | 5,543.67 |
| Remaining Balance | $ | 6,854.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 548,760.22  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advantage Assets Ii, Inc | $ 18,384.84 | $ 0.00 | $ 229.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Advantage Assets Ii, Inc | $ 81,178.13 | $ 0.00 | $ 1,013.95 |
| 3 | Pnc Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Pnc Bank | $ 5,979.76 | $ 0.00 | $ 74.69 |
| 5 | Discover Bank | $ 9,822.32 | $ 0.00 | $ 122.68 |
| 6 | Dyck O"neal | $ 258,435.34 | $ 0.00 | $ 3,227.96 |
| 8 | Asset Acceptance Llc | $ 25,529.94 | $ 0.00 | $ 318.88 |
| 9 | Us Bank, N.A. | $ 385.00 | $ 0.00 | $ 4.81 |
| 10 | Us Bank, N.A. | $ 5,329.79 | $ 0.00 | $ 66.57 |
| 11 | Peoples Gas Light & Coke Company | $ 493.46 | $ 0.00 | $ 6.16 |
| 12 | Us Bank, N.A. | $ 33,539.48 | $ 0.00 | $ 418.92 |
| 13 | Portfolio Recovery Associates, Llc | $ 1,151.69 | $ 0.00 | $ 14.39 |
| 15 | American Express Bank, Fsb | $ 2,361.84 | $ 0.00 | $ 29.50 |
| 16 | American Express Bank, Fsb | $ 51,394.15 | $ 0.00 | $ 641.93 |
| 18 | Casa Investments Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Casa Investments Co. | $ 31,103.92 | $ 0.00 | $ 388.50 |
| 21 | American Infosource Lp As Agent For | $ 132.92 | $ 0.00 | $ 1.66 |
| 22 | Discover Bank | $ 23,537.64 | $ 0.00 | $ 294.00 |

Total to be paid to timely general unsecured creditors         $          6,854.23

Remaining Balance                                              $              0.00

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>