UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Nicole Owens § Case No. 13-39632
 §
    Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

    9:30 a.m. on April 14, 2016
    in Courtroom 680, U.S. Courthouse
    219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Jeffrey P. Allsteadt_____
                          Clerk of the Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Nicole Owens § Case No. 13-39632
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 28,273.00 |
| and approved disbursements of | $ | 80.00 |
| leaving a balance on hand of[1] | $ | 28,193.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 14 | U.S. Bank N.A.-Withdrawn | $ 1,057,470.59 | $ 0.00 | $ 0.00 | $ 0.00 |
| 17 | The Bank Of New York Mellon Trust Company, N.A. F/-Disallowed | $ 407,844.86 | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | Jpmorgan Chase Bank, National Association-Disallowed | $ 31,103.92 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 28,193.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 3,577.30 | $ 0.00 | $ 3,577.30 |
| Trustee Expenses: STEVEN R. RADTKE | $ 31.57 | $ 0.00 | $ 31.57 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 11,500.00 | $ 0.00 | $ 11,500.00 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 11.23 | $ 0.00 | $ 11.23 |
| Charges: U. S. Bankruptcy Court Clerk | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Office Of The U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |

Total to be paid for chapter 7 administrative expenses          $      15,795.10

Remaining Balance          $      12,397.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,543.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Liberty & Trust Law Group | $ 1,087.00 | $ 0.00 | $ 1,087.00 |
| 24 | Stephen D. Mccann | $ 2,882.94 | $ 0.00 | $ 2,882.94 |
| 7 | Internal Revenue Service | $ 1,573.73 | $ 0.00 | $ 1,573.73 |

Total to be paid to priority creditors          $      5,543.67

Remaining Balance          $      6,854.23

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 548,760.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advantage Assets Ii, Inc | $ 18,384.84 | $ 0.00 | $ 229.63 |
| 2 | Advantage Assets Ii, Inc | $ 81,178.13 | $ 0.00 | $ 1,013.95 |
| 3 | Pnc Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | Pnc Bank | $ 5,979.76 | $ 0.00 | $ 74.69 |
| 5 | Discover Bank | $ 9,822.32 | $ 0.00 | $ 122.68 |
| 6 | Dyck O"neal | $ 258,435.34 | $ 0.00 | $ 3,227.96 |
| 8 | Asset Acceptance Llc | $ 25,529.94 | $ 0.00 | $ 318.88 |
| 9 | Us Bank, N.A. | $ 385.00 | $ 0.00 | $ 4.81 |
| 10 | Us Bank, N.A. | $ 5,329.79 | $ 0.00 | $ 66.57 |
| 11 | Peoples Gas Light & Coke Company | $ 493.46 | $ 0.00 | $ 6.16 |
| 12 | Us Bank, N.A. | $ 33,539.48 | $ 0.00 | $ 418.92 |
| 13 | Portfolio Recovery Associates, Llc | $ 1,151.69 | $ 0.00 | $ 14.39 |
| 15 | American Express Bank, Fsb | $ 2,361.84 | $ 0.00 | $ 29.50 |
| 16 | American Express Bank, Fsb | $ 51,394.15 | $ 0.00 | $ 641.93 |
| 18 | Casa Investments Company | $ 0.00 | $ 0.00 | $ 0.00 |
| 20 | Casa Investments Co. | $ 31,103.92 | $ 0.00 | $ 388.50 |
| 21 | American Infosource Lp As Agent For | $ 132.92 | $ 0.00 | $ 1.66 |
| 22 | Discover Bank | $ 23,537.64 | $ 0.00 | $ 294.00 |

Total to be paid to timely general unsecured creditors                $          6,854.23

Remaining Balance                                                     $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
                          Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                              Case No. 13-39632-JPC
Nicole Owens                                                        Chapter 7
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0752-1           User: vrowe                  Page 1 of 3                   Date Rcvd: Mar 14, 2016
                               Form ID: pdf006              Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2016.
db           +Nicole Owens,   14209 Avalon,   Dolton, IL 60419-1303
aty          +Chill Chill & Radtke PC,   Steven R Radtke,   Chill Chill & Radtke PC,   79 W Monroe Street,
               Suite 1305,   Chicago, IL 60603-4925
aty          +Schneider & Stone,   8424 Skokie Blvd #200,   Skokie, Il 60077-2568
21084943     +Amer Coll Co/ACC International,   Acc International,   919 Estes Ct.,
               Schaumburg, IL 60193-4427
21084944     +American Express,   Po Box 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
21444254      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21084946     +Associated Receivable,   1058 Claussen Rd Ste 110,   Augusta, GA 30907-0301
21084947    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
21084948     +Beneficial Ventures, LLC,   7015 Indianapolis Blvd.,   Hammond, IN 46324-2207
21084949     +Blatt, Hasemiller, Leibsker & Moore,   125 S. Wacker Dr.,   Suite 400,   Chicago, IL 60606-4440
21758390     +CASA Investments Co.,   17046 Mock Rd.,   Berlin Center, OH 44401-9725
21084954    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20363,
               Kansas City, MO 64195)
21084952     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
21084951     +Chase,   Po Box 24696,   Columbus, OH 43224-0696
21084953     +Chase Manhattan Mortga,   Attn: Bankruptcy Dept,   3415 Vision Dr,   Columbus, OH 43219-6009
22200507     +Citi Card,   Box 6500,   Sioux Falls, SD 57117-6500
21084956     +City Ntl Bk/Ocwen Loan Service,   Attn: Bankruptcy,   P.O. Box 24738,
               West Palm Beach, FL 33416-4738
21084960     +Elan Financial Services,   c/o Sentry Credit Inc,   2809 Grand Ave.,   Everett, WA 98201-3417
21084963     +First National Collect,   610 Waltham Way,   Sparks, NV 89434-6695
21084964     +First National Collection Bureau,   610 Waltham Way,   Sparks, NV 89434-6695
21084965     +Four Star Capital Services,   4 Robert Speck Parkway,   15th Floor,   Mississauga, ON
21469581     +IMG Academy,   c/o Charles D. "Chip" McCarthy,   5500 34th Street West,
               Bradenton, FL 34210-3506
21784839     +JPMorgan Chase Bank, National Association,   c/o Codilis & Associates, P.C.,
               15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
21084967     +James Jenkins,   20176 Joy Lane,   Lynwood, IL 60411-1002
22200509     +Liberty & Trust Law Group,   4846 Cardinal Blvd,   Jacksonville, FL 32210-1910
21084971     +Mcsi Inc,   Po Box 327,   Palos Heights, IL 60463-0327
21161681     +PEOPLES GAS LIGHT & COKE COMPANY,   130 EAST RANDOLPH STREET,   CHICAGO, ILLINOIS 60601-6207
21104733     +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
21084973      Pentagroup Financial, LLC,   5859 Corporate Drive,   Suite 1400,   Houston, TX 77036
21084974     +Peoples Gas,   Attention: Bankruptcy Department,   130 E. Randolph 17th Floor,
               Chicago, IL 60601-6207
21084975      Performant Recovery, Inc.,   PO Box 9054,   Pleasanton, CA 94566-9054
21084976     +Pinnacle Credit Service,   Attn: Bankruptcy,   Po Box 640,   Hopkins, MN 55343-0640
21084977     +Pnc Bank, N.a.,   1 Financial Pkwy,   Kalamazoo, MI 49009-8002
21084980    #+RJM Acquisitions LLC,   575 Underhill Blvd.,   Suite 224,   Syosset, NY 11791-3416
21084979     +Rjm Acq Llc,   575 Underhill Blvd Suite 224,   Syosset, NY 11791-3416
21084981      Ronald R. Wolfe & Assoc,   PO Box 25018,   Tampa, FL 33622-5018
21084982     +Sage Capital Recovery,   PO Box 8504,   Cherry Hill, NJ 08002-0504
21084983     +Security Credit Servic,   Po Box 1156,   Oxford, MS 38655-1156
22200508     +Stephen D. McCann,   2180 Immokalee Rd.,   Suite 306,   Naples, FL 34110-1407
22200510     +TCA Health Inc.,   2010 N. Harlem Ave,   Elmwood Park, IL 60707-3119
21462930     +The Bank of New York Mellon Trust Company, N.A. f/,   Chase Records Center,
               Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
21408919     +U.S. Bank N.A.,   c/o,   Select Portfolio Servicing, Inc.,   3815 South West Temple,
               Salt Lake City, UT 84115-4412
21084984    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank, N.A.,   Bankruptcy Dept.,   Po Box 5229,
               Cincinnati, OH 45201-5229)
21359720     +Wells Fargo Bank Minnesota, National Association,   c/o Codilis & Associates, P.C.,
               15W030 N. Frontage Rd. Suite 100,   Burr Ridge, IL 60527-6921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21103211     +E-mail/Text: ebn@ltdfin.com Mar 15 2016 01:21:53     ADVANTAGE ASSETS II, INC,
               7322 SOUTHWEST FREEWAY, SUITE 1600,   HOUSTON, TX 77074-2134
21084942     +E-mail/Text: bkr@cardworks.com Mar 15 2016 01:21:03     Advanta Bk,   Welsh and McKean Roads,
               Po Box 844,   Spring House, PA 19477-0844
22752154      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 15 2016 01:28:01
               American InfoSource LP as agent for,   RJM Acquisitions, LLC,   as assignee of BANK OF AMERICA,
               PO Box 268850,   Oklahoma City, OK 73126-8850
21084945     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 15 2016 01:22:09     Asset Acceptance,
               Attn: Bankrupcy Dept,   Po Box 2036,   Warren, MI 48090-2036
21141584     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 15 2016 01:22:09     Asset Acceptance LLC,
               assignee FIFTH THIRD BANK,   PO Box 2036,   Warren, MI 48090-2036
21084950     +E-mail/Text: atclientservices@cbmerchantservices.com Mar 15 2016 01:21:17
               C B Of Merchant Svcs.,   Attn:Bankruptcy,   Po Box 209,   Stockton, CA 95201-3009
```

```
District/off: 0752-1          User: vrowe                  Page 2 of 3                   Date Rcvd: Mar 14, 2016
                              Form ID: pdf006              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
21084957       E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 15 2016 01:24:21
                 Credit Collection Services,   Payment Processing Center-27,   PO Box 55126,
                 Boston, MA 02205-5126
21084959       E-mail/Text: lweidhaas@dyckoneal.com Mar 15 2016 01:22:32      Dyck O'Neal,   PO Box 13370,
                 Arlington, TX 76094
21084966       E-mail/Text: cio.bncmail@irs.gov Mar 15 2016 01:21:40      Department of the Treasury,
                 Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
22200506      +E-mail/Text: mrdiscen@discover.com Mar 15 2016 01:21:16      Discover,   PO Box 6103,
                 Carol Stream, IL 60197-6103
21108502       E-mail/Text: mrdiscen@discover.com Mar 15 2016 01:21:16      Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21084958      +E-mail/Text: mrdiscen@discover.com Mar 15 2016 01:21:16      Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
21084961       E-mail/Text: bknotice@erccollections.com Mar 15 2016 01:22:33
                 Enhanced Recovery Company, LLC,   8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
21084962      +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 15 2016 01:23:44      Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,   1830 East Paris Ave. Se,
                 Grand Rapids, MI 49546-6253
21084968      +E-mail/Text: www@arthuradler.com Mar 15 2016 01:22:38      Lex Financial,
                 c/o Adler and Associates,   25 E. Washington St., #1221,   Chicago, IL 60602-1875
21084969      +E-mail/Text: ebn@ltdfin.com Mar 15 2016 01:21:53      Ltd Finc Svc,   7322 Southwest Fwy Ste 1,
                 Houston, TX 77074-2010
21084970       E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2016 01:22:14
                 MCM-Midland Credit Management, Inc,   PO Box 60578,   Los Angeles, CA 90060-0578
21084972      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2016 01:22:14      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
24297007      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 15 2016 01:22:08      Office of the U.S. Trustee,
                 219 S. Dearborn St.  Room 873,   Chicago, IL 60604-2027
21084978       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2016 01:19:54
                 Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541
21363250       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2016 01:19:39
                 Portfolio Recovery Associates, LLC,   successor to CHASE BANK USA N.A.,
                 (Chase Bank USA, N.A.),   PO Box 41067,   Norfolk, VA 23541
                                                                                              TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21444255*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21084955*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,   Citicorp Credit Services/Attn:Centralize,
                 Po Box 20507,   Kansas City, MO 64195)
21132505*     +Dyck-O'Neal, Inc,   PO Box 13370,   Arlington, TX 76094-0370
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2016 at the address(es) listed below:
              Ben L Schneider    on behalf of Debtor 1 Nicole  Owens ben@windycitylawgroup.com,
               mstone@windycitylawgroup.com;ebrandes@windycitylawgroup.com
              Joel P Fonferko    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ND-One@il.cslegal.com

```
District/off: 0752-1          User: vrowe              Page 3 of 3              Date Rcvd: Mar 14, 2016
                              Form ID: pdf006          Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         John Charles Crees    on behalf of Creditor    U.S. Bank NA, as trustee, for the Chase Mortgage Finance Corporation Multi-Class Mortgage Pass-Through Certificates, Series 2006-A1 jcrees@pilgrimchristakis.com, LMarshall@pilgrimchristakis.com;gsarmiento@pilgrimchristakis.com
         Jose G Moreno    on behalf of Creditor    Wells Fargo Bank Minnesota, National Association as trustee for First Franklin Mortgage Loan Trust 2003-FFH1 Asset Backed Certificates, Series 2003-FFH1 nd-one@il.cslegal.com
         Michael N Burke    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. f/k/a The Bank of New York Trust Company, N.A., as trustee for Multi-Class Mortgage Pass-Through Certificates ChaseFlex Trust Series 2007-M1 bk_il_notice@fisherandshapirolaw.com
         Michael N Burke    on behalf of Creditor    JPMorgan Chase Bank, National Association bk_il_notice@fisherandshapirolaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Peter C Bastianen    on behalf of Creditor    OCWEN LOAN SERVICING, LLC, AS SERVICER FOR WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2003-FFH1 AS ND-Four@il.cslegal.com
         Ross T Brand    on behalf of Creditor    U.S. Bank NA, as trustee, for the Chase Mortgage Finance Corporation Multi-Class Mortgage Pass-Through Certificates, Series 2006-A1 rbrand@klueverplatt.com, bknotice@klueverplatt.com
         Steven R Radtke    on behalf of Plaintiff Steven R Radtke, Trustee in Bankruptcy of the Estate of Nicole Owens sradtke@chillchillradtke.com
         Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
         Steven R Radtke    on behalf of Trustee Steven R Radtke sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com

         TOTAL: 12