# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Nicole Owens | § | Case No. 13-39632 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 349,723.14                     Assets Exempt: 7,400.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  12,397.90     Claims Discharged
                                                 Without Payment:  2,377,057.99

Total Expenses of Administration:  15,875.10

---

   3) Total gross receipts of $ 28,273.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 28,273.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,375,828.00 | $ 1,496,419.37 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 15,875.10 | 15,875.10 | 15,875.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,562.00 | 5,891.68 | 5,543.67 | 5,543.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 900,439.00 | 579,317.14 | 548,760.22 | 6,854.23 |
| **TOTAL DISBURSEMENTS** | $ 2,283,829.00 | $ 2,097,503.29 | $ 570,178.99 | $ 28,273.00 |

4) This case was originally filed under chapter on 10/09/2013, and it was converted to chapter 7 on 06/24/2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2016            By: /s/STEVEN R. RADTKE
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Charter One Checking | 1129-000 | 5,463.04 |
| Rental Income collected since the date the case was converte | 1249-000 | 22,809.96 |
| **TOTAL GROSS RECEIPTS** | | **$28,273.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beneficial Ventures, LLC<br>7015 Indianapolis Blvd.<br>Hammond, IN 46324 | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortga Attn: Bankruptcy Dept 3415 Vision Dr Columbus, OH 43219 | | 279,120.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 723,191.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 52,939.00 | NA | NA | 0.00 |
| | Chase Po Box 24696 Columbus, OH 43224 | | 254,898.00 | NA | NA | 0.00 |
| | City Ntl Bk/Ocwen Loan Service Attn: Bankruptcy P.O. Box 24738 West Palm Beach, FL 33416 | | 55,680.00 | NA | NA | 0.00 |
| 19 | Jpmorgan Chase Bank, National Association | 4110-000 | NA | 31,103.92 | 0.00 | 0.00 |
| 17 | The Bank Of New York Mellon Trust Company, N.A. F/ | 4110-000 | NA | 407,844.86 | 0.00 | 0.00 |
| 14 | U.S. Bank N.A. | 4110-000 | NA | 1,057,470.59 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,375,828.00** | **$ 1,496,419.37** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 3,577.30 | 3,577.30 | 3,577.30 |
| STEVEN R. RADTKE | 2200-000 | NA | 31.57 | 31.57 | 31.57 |
| Associated Bank | 2600-000 | NA | 80.00 | 80.00 | 80.00 |
| U. S. Bankruptcy Court Clerk | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Office Of The U.S. Trustee | 2990-000 | NA | 325.00 | 325.00 | 325.00 |
| STEVEN R. RADTKE | 3110-000 | NA | 11,500.00 | 11,500.00 | 11,500.00 |
| STEVEN R. RADTKE | 3120-000 | NA | 11.23 | 11.23 | 11.23 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 15,875.10 | $ 15,875.10 | $ 15,875.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 7346 Philadelphia, PA 19101-7346 | | 2,882.00 | NA | NA | 0.00 |
| | IRS PO Box 7346 Philadelphia, PA 19101-7346 | | 2,340.00 | NA | NA | 0.00 |
| | IRS PO Box 7346 Philadelphia, PA 19101-7346 | | 2,340.00 | NA | NA | 0.00 |
| 23 | Liberty & Trust Law Group | 5200-000 | NA | 1,087.00 | 1,087.00 | 1,087.00 |
| 24 | Stephen D. Mccann | 5200-000 | NA | 2,882.94 | 2,882.94 | 2,882.94 |
| 7 | Internal Revenue Service | 5800-000 | NA | 1,921.74 | 1,573.73 | 1,573.73 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 7,562.00 | $ 5,891.68 | $ 5,543.67 | $ 5,543.67 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bk Welsh and McKean Roads Po Box 844 Spring House, PA 19477 | | 11,545.00 | NA | NA | 0.00 |
| | Amer Coll Co/ACC International Acc International 919 Estes Ct. Schaumburg, IL 60193 | | 286.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Receivable 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | 400.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 56,222.00 | NA | NA | 0.00 |
| | C B Of Merchant Svcs. Attn:Bankruptcy Po Box 209 Stockton, CA 95201 | | 189.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 12,473.00 | NA | NA | 0.00 |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | 14.00 | NA | NA | 0.00 |
| | Credit Collection Services Payment Processing Center-27 PO Box 55126 Boston, MA 02205-5126 | | 151.00 | NA | NA | 0.00 |
| | Credit Collection Services Payment Processing Center-27 PO Box 55126 Boston, MA 02205-5126 | | 166.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Collection Services Payment Processing Center-27 PO Box 55126 Boston, MA 02205-5126 | | 173.00 | NA | NA | 0.00 |
| | Elan Financial Services c/o Sentry Credit Inc 2809 Grand Ave. Everett, WA 98201 | | 13,057.00 | NA | NA | 0.00 |
| | Enhanced Recovery Company, LLC 8014 Bayberry Rd. Jacksonville, FL 32256-7412 | | 80.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | 23,068.00 | NA | NA | 0.00 |
| | First National Collect 610 Waltham Way Sparks, NV 89434 | | 811.00 | NA | NA | 0.00 |
| | First National Collection Bureau 610 Waltham Way Sparks, NV 89434 | | 2,326.00 | NA | NA | 0.00 |
| | Four Star Capital Services 4 Robert Speck Parkway 15th Floor Mississauga, ON | | 4,100.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS PO Box 7346 Philadelphia, PA 19101-7346 | | 1,068.00 | NA | NA | 0.00 |
| | James Jenkins 20176 Joy Lane Lynwood, IL 60411 | | 5,600.00 | NA | NA | 0.00 |
| | Lex Financial c/o Adler and Associates 25 E. Washington St., #1221 Chicago, IL 60602 | | 30,556.00 | NA | NA | 0.00 |
| | Ltd Finc Svc 7322 Southwest Fwy Ste 1 Houston, TX 77074 | | 18,384.00 | NA | NA | 0.00 |
| | MCM-Midland Credit Management, Inc PO Box 60578 Los Angeles, CA 90060-0578 | | 44,063.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 500.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 500.00 | NA | NA | 0.00 |
| | Mcsi Inc Po Box 327 Palos Heights, IL 60463 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 52,791.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 2,562.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 4,995.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 1,282.00 | NA | NA | 0.00 |
| | Pentagroup Financial, LLC 5859 Corporate Drive Suite 1400 Houston, TX 77036 | | 17,461.00 | NA | NA | 0.00 |
| | Performant Recovery, Inc. PO Box 9054 Pleasanton, CA 94566-9054 | | 32,463.00 | NA | NA | 0.00 |
| | Pinnacle Credit Service Attn: Bankruptcy Po Box 640 Hopkins, MN 55343 | | 18,372.00 | NA | NA | 0.00 |
| | Pinnacle Credit Service Attn: Bankruptcy Po Box 640 Hopkins, MN 55343 | | 35,050.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinnacle Credit Service Attn: Bankruptcy Po Box 640 Hopkins, MN 55343 | | 28,889.00 | NA | NA | 0.00 |
| | RJM Acquisitions LLC 575 Underhill Blvd. Suite 224 Syosset, NY 11791 | | 542.00 | NA | NA | 0.00 |
| | Sage Capital Recovery PO Box 8504 Cherry Hill, NJ 08002 | | 15,599.00 | NA | NA | 0.00 |
| | Security Credit Servic Po Box 1156 Oxford, MS 38655 | | 1,188.00 | NA | NA | 0.00 |
| | Us Bank Attention: Bankruptcy Dept. Po Box 5229 Cincinnati, OH 45201 | | 5,235.00 | NA | NA | 0.00 |
| | Us Bank Attention: Bankruptcy Dept. Po Box 5229 Cincinnati, OH 45201 | | 8,851.00 | NA | NA | 0.00 |
| 1 | Advantage Assets Ii, Inc | 7100-000 | 18,384.00 | 18,384.84 | 18,384.84 | 229.63 |
| 2 | Advantage Assets Ii, Inc | 7100-000 | 81,178.00 | 81,178.13 | 81,178.13 | 1,013.95 |
| 15 | American Express Bank, Fsb | 7100-000 | 2,361.00 | 2,361.84 | 2,361.84 | 29.50 |
| 16 | American Express Bank, Fsb | 7100-000 | 51,394.00 | 51,394.15 | 51,394.15 | 641.93 |
| 8 | Asset Acceptance Llc | 7100-000 | 25,413.00 | 25,529.94 | 25,529.94 | 318.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | Casa Investments Co. | 7100-000 | NA | 31,103.92 | 31,103.92 | 388.50 |
| 18 | Casa Investments Company | 7100-000 | NA | 30,556.92 | 0.00 | 0.00 |
| 22 | Discover Bank | 7100-000 | 23,537.00 | 23,537.64 | 23,537.64 | 294.00 |
| 5 | Discover Bank | 7100-000 | 9,822.00 | 9,822.32 | 9,822.32 | 122.68 |
| 6 | Dyck O"neal | 7100-000 | 228,832.00 | 258,435.34 | 258,435.34 | 3,227.96 |
| 11 | Peoples Gas Light & Coke Company | 7100-000 | 493.00 | 493.46 | 493.46 | 6.16 |
| 3 | Pnc Bank | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 4 | Pnc Bank | 7100-000 | 5,979.00 | 5,979.76 | 5,979.76 | 74.69 |
| 13 | Portfolio Recovery Associates, Llc | 7100-000 | 1,152.00 | 1,151.69 | 1,151.69 | 14.39 |
| 12 | Us Bank, N.A. | 7100-000 | NA | 33,539.48 | 33,539.48 | 418.92 |
| 10 | Us Bank, N.A. | 7100-000 | NA | 5,329.79 | 5,329.79 | 66.57 |
| 21 | American Infosource Lp As Agent For | 7100-001 | 132.00 | 132.92 | 132.92 | 1.66 |
| 9 | Us Bank, N.A. | 7100-001 | NA | 385.00 | 385.00 | 4.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 900,439.00 | $ 579,317.14 | $ 548,760.22 | $ 6,854.23 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-39632 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | Nicole Owens | | | | Date Filed (f) or Converted (c): | 06/24/2014 (c) |
| | | | | | 341(a) Meeting Date: | 08/04/2014 |
| For Period Ending: | 06/09/2016 | | | | Claims Bar Date: | 03/20/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 2135-2137 Armour Rd. Lehigh Acres, Fl 33971 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 2. 3506 54Th Dr. West Unit L108 Bradenton, Fl 34210 | 280,000.00 | 0.00 | | 0.00 | FA |
| 3. 3702 Palm Desert Ln. Orlando, Fl 32639 | 20,000.00 | 0.00 | | 0.00 | FA |
| 4. Charter One Checking | 9,201.55 | 3,000.00 | | 5,463.04 | FA |
| 5. Dorman Trading Account | 71.36 | 3,500.00 | | 0.00 | FA |
| 6. Fsbh Checking | 21.78 | 100.00 | | 0.00 | FA |
| 7. Sherwin Williams Savings | 30.00 | 30.00 | | 0.00 | FA |
| 8. Furniture | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 9. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. 100% Membership Interest In Jordan Skyla, Llc | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 11. 100% Of The Shares Of Ready To Move, Inc. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 12. 100% Of The Shares Of Nicole Shanee, Flp | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2008 Nissan Maxima | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. Rental Income collected since the date the case was converte (u) | 0.00 | 22,809.96 | | 22,809.96 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $362,324.69 $69,439.96 $28,273.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 8

4/14/16 Distribution checks to be mailed 4/29/16

2/2016 Work on TFR; sent to UST for review 2/29/16

1/5/16 Filed objections to 3 claims

10/21/15 Trustee obtained court order establishing bar date for administrative priority claims

8/13/15 Funds received by Debtor pursuant to order of Court

Trustee filed a motion directing debtor to turn over rents collected before debtor's chapter 11 case was converted to chapter 7.  Debtor did not comply with the turnover order and the Trustee filed an action to revoke debtor's discharge.  An agreed order was entered revoking Debtor's discharge.  Order is subject to being vacated by agreement only if Debtor turns over the sum of $22,809.95  on or before August 31, 2015.

Initial Projected Date of Final Report (TFR): 06/30/2016         Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-39632 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Nicole Owens | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5638 |
| | Checking |
| Taxpayer ID No: XX-XXX9190 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/14 | 4 | Nicole Owens | Proceeds from DIP bank account<br>Non-exempt portion of funds on deposit in the debtor-in-possession account at US Bank (f/k/a Charter One Bank) at time of conversion pursuant to order of Court dated 12/2/14 | 1129-000 | $5,463.04 | | $5,463.04 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,453.04 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,443.04 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,433.04 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,423.04 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,413.04 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,403.04 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,393.04 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,383.04 |
| 08/31/15 | 14 | Nicole Owens | Settlement proceeds pursuant to order of Court dated 5/29/15 | 1249-000 | $22,809.96 | | $28,193.00 |

Page Subtotals: $28,273.00 $80.00

UST Form 101-7-TDR (10/1/2010) (Page: 15)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-39632 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Nicole Owens | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5638 |
| | Checking |
| Taxpayer ID No: XX-XXX9190 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/16 | 1001 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,577.30 | $24,615.70 |
| 04/29/16 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $31.57 | $24,584.13 |
| 04/29/16 | 1003 | U. S. Bankruptcy Court Clerk<br>Dirksen Federal Building<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $24,234.13 |
| 04/29/16 | 1004 | Office Of The U.S. Trustee<br><B>(Administrative)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Final distribution to claim 25 representing a payment of 100.00 % per court order. | 2990-000 | | $325.00 | $23,909.13 |
| 04/29/16 | 1005 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $11,500.00 | $12,409.13 |
| 04/29/16 | 1006 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $11.23 | $12,397.90 |
| 04/29/16 | 1007 | Liberty & Trust Law Group<br>4846 Cardinal Blvd<br>Jacksonville, Fl 32210 | Final distribution to claim 23 representing a payment of 100.00 % per court order. | 5200-000 | | $1,087.00 | $11,310.90 |

Page Subtotals: $0.00  $16,882.10

UST Form 101-7-TDR (10/1/2010) (Page: 16)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-39632 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Nicole Owens | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5638 |
| | Checking |
| Taxpayer ID No: XX-XXX9190 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/09/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/16 | 1008 | Stephen D. Mccann<br>2180 Immokalee Rd.<br>Suite 306<br>Naples, Fl 34110 | Final distribution to claim 24 representing a payment of 100.00 % per court order. | 5200-000 | | $2,882.94 | $8,427.96 |
| 04/29/16 | 1009 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | 5800-000 | | $1,573.73 | $6,854.23 |
| 04/29/16 | 1010 | Advantage Assets Ii, Inc<br>7322 Southwest Freeway, Suite 1600<br>Houston, Tx 77074 | Final distribution to claim 1 representing a payment of 1.25 % per court order. | 7100-000 | | $229.63 | $6,624.60 |
| 04/29/16 | 1011 | Advantage Assets Ii, Inc<br>7322 Southwest Freeway, Suite 1600<br>Houston, Tx 77074 | Final distribution to claim 2 representing a payment of 1.25 % per court order. | 7100-000 | | $1,013.95 | $5,610.65 |
| 04/29/16 | 1012 | Pnc Bank<br>Po Box 94982<br>Cleveland, Oh 44101 | Final distribution to claim 4 representing a payment of 1.25 % per court order. | 7100-000 | | $74.69 | $5,535.96 |
| 04/29/16 | 1013 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 5 representing a payment of 1.25 % per court order. | 7100-000 | | $122.68 | $5,413.28 |
| 04/29/16 | 1014 | Dyck O"neal<br>Po Box 13370<br>Arlington, Tx 76094 | Final distribution to claim 6 representing a payment of 1.25 % per court order. | 7100-000 | | $3,227.96 | $2,185.32 |
| 04/29/16 | 1015 | Asset Acceptance Llc<br>Assignee Fifth Third Bank<br>Po Box 2036<br>Warren, Mi 48090 | Final distribution to claim 8 representing a payment of 1.25 % per court order. | 7100-000 | | $318.88 | $1,866.44 |
| 04/29/16 | 1016 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $6.47 | $1,859.97 |
| | | Us Bank, N.A. | Final distribution to claim 9 representing a payment of 1.25 % per court order. ($4.81) | 7100-001 | | | |
| | | American Infosource Lp As Agent For | Final distribution to claim 21 representing a payment of 1.25 % per court order. ($1.66) | 7100-001 | | | |

| | | | Page Subtotals: | | $0.00 | $9,450.93 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-39632 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Nicole Owens | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5638 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9190 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/09/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/29/16 | 1017 | Us Bank, N.A.<br>Bankruptcy Dept.<br>Po Box 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 10 representing a payment of 1.25 % per court order. | 7100-000 | | $66.57 | $1,793.40 |
| 04/29/16 | 1018 | Peoples Gas Light & Coke Company<br>130 East Randolph Street<br>Chicago, Illinois 60601 | Final distribution to claim 11 representing a payment of 1.25 % per court order. | 7100-000 | | $6.16 | $1,787.24 |
| 04/29/16 | 1019 | Us Bank, N.A.<br>Bankruptcy Dept.<br>Po Box 5229<br>Cincinnati, Oh 45201-5229 | Final distribution to claim 12 representing a payment of 1.25 % per court order. | 7100-000 | | $418.92 | $1,368.32 |
| 04/29/16 | 1020 | Portfolio Recovery Associates, Llc Successor To Chase Bank Usa N.A. (Chase Bank Usa, N.A.)<br>Po Box 41067<br>Norfolk, Va 23541 | Final distribution to claim 13 representing a payment of 1.25 % per court order. | 7100-000 | | $14.39 | $1,353.93 |
| 04/29/16 | 1021 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 15 representing a payment of 1.25 % per court order. | 7100-000 | | $29.50 | $1,324.43 |
| 04/29/16 | 1022 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 16 representing a payment of 1.25 % per court order. | 7100-000 | | $641.93 | $682.50 |
| 04/29/16 | 1023 | Casa Investments Co.<br>17046 Mock Rd.<br>Berlin Center, Oh 44401 | Final distribution to claim 20 representing a payment of 1.25 % per court order. | 7100-000 | | $388.50 | $294.00 |
| 04/29/16 | 1024 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 22 representing a payment of 1.25 % per court order. | 7100-000 | | $294.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $28,273.00 | $28,273.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,273.00 | $28,273.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $1,859.97 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Net   $28,273.00   $28,273.00

Exhibit 9

Page Subtotals:   $0.00   $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5638 - Checking | $28,273.00 | $28,273.00 | $0.00 |
|  | $28,273.00 | $28,273.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,273.00 |
| Total Gross Receipts: | $28,273.00 |

Page Subtotals:    $0.00    $0.00